FILED:  July 5, 2023

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 21-2390 (L)**
**(6:20-cv-00031-NKM-RSB)**

---

EVA PALMER,

       Plaintiff – Appellant,

v.

LIBERTY UNIVERSITY, INC.,

       Defendant – Appellee.

------------------------------

AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE,

       Amicus Supporting Appellant/Cross-Appellee.

PEPPERDINE UNIVERSITY; BRIGHAM YOUNG UNIVERSITY; THE CATHOLIC UNIVERSITY OF AMERICA; HOUSTON BAPTIST UNIVERSITY,

       Amici Supporting Appellee/Cross-Appellant.

---

O R D E R

---

The court amends its opinion filed June 30, 2023, as follows:

On page 7, in the final sentence of the first paragraph, the citation to "*Id.* at 1134" is corrected to "*See* J.A. 1134."

On page 20, in the first sentence of footnote 5, the references to "ADEA Ruling" are corrected to "Statutory Ruling."

On page 21, in the first sentence of footnote 6, the reference to "ADEA Ruling" is corrected to "Statutory Ruling."

For the Court – By Direction

/s/ Patricia S. Connor, Clerk

2